# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SENTIUS INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KINGSOFT CORPORATION LIMITED,<br><br>Defendant. | Civil Action No. 18-1598-MN<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

On January 15, 2019, the parties entered into a settlement agreement that resolves this case and dismissal papers will be forthcoming.

Dated: January 17, 2019

*Of Counsel:*

Sandeep Seth
**SethLaw**
Two Allen Center
1200 Smith Street, Ste. 1600
Houston, TX 77002
Telephone: (713) 244-5017
Facsimile: (713) 244-5018
Email: ss@sethlaw.com

Robert J. Yorio
**Carr & Ferrell LLP**
120 Constitution Drive
Menlo Park, California 94025
Telephone No.: (650) 812-3400
Facsimile No.: (650) 812-3444
Email: yorio@carrferrell.com

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Sentius International, LLC*