# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SENTIUS INTERNATIONAL, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>KINGSOFT CORPORATION LIMITED,<br><br>        Defendant. | **Civil Action No.** 18-cv-1598-MN<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL

In light of its settlement with Defendant Kingsoft Corporation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sentius International LLC hereby dismisses the Complaint filed in this action alleging infringement of U.S. Patent No. RE43,633 (the "'633 patent") WITH PREJUDICE.

Dated: February 19, 2019

OF COUNSEL:

Robert J. Yorio
Carr & Ferrell LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone No.: (650) 812-3400
yorio@carrferrell.com

Sandeep Seth
Texas State Bar No. 18043000
**SethLaw**
Two Allen Center
1200 Smith Street, Ste. 1600
Houston, TX 77002
Telephone: (713) 244-5017
Email: ss@sethlaw.com

Respectfully submitted,

**FARNAN LLP**

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*